# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2003-3, ASSET-BACKED CERTIFICATES, SERIES 2003-3, | § § § § § § § | Civil Action No. 4:15-CV-00335 (Judge Mazzant/Judge Johnson) |
|      Plaintiff, | § | |
| v. | § § | |
| NORMAN M. MILLER AND SHERI P. MILLER, | § § § | |
|      Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 13, 2017, the report of the Magistrate Judge (Dkt. #25) was entered containing proposed findings of fact and recommendations that the Motion for Default Judgment Against Defendants Norman M. Miller and Sheri P. Miller ("Defendants") (Dkt. #24) filed by Plaintiff Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2003-3, Asset-Backed Certificates, Series 2003-3 ("Plaintiff" or "Deutsche Bank") be GRANTED and that final default judgment be entered for Plaintiff.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and

conclusions of the Court. Therefore, Plaintiff's Motion for Default Judgment (Dkt. #24) is

**GRANTED** and a final default judgment shall be entered for Plaintiffs.

   **It is SO ORDERED**.

   **SIGNED this 11th day of July, 2017.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE